

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00550-CV

Norma **LOPEZ**,
Appellant

v.

**STAR VASCULAR, LLC** d/b/a Star Vascular Access Center,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-15308
Honorable Cathleen M. Stryker, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, we STRIKE Appellant's amended brief and this appeal is DISMISSED FOR WANT OF PROSECUTION. We tax costs of court for this appeal against Appellant Norma Lopez. *See* TEX. R. APP. P. 43.4.

SIGNED March 14, 2018.

_____
Patricia O. Alvarez, Justice